UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-cv-23820-LENARD/O'SULLIVAN

BANNING LARY, M.D. and KATHERINE
LARY, TODD LARY, AND SCOTT LARY
as Successor Trustees of the STARBRIGHT
GRANTOR FAMILY TRUST,
        Plaintiffs,

vs.

BOSTON SCIENTIFIC CORPORATION, a
Delaware corporation, and BOSTON
SCIENTIFIC SCIMED, INC., a Minnesota
corporation,
        Defendants.
_____/

## ORDER

This matter is before the Court on Boston Scientific's Motion to Strike the Supplemental Expert Report of Christian Tregellis (DE # 140, 4/29/13). Having considered the applicable filings and law and having held a hearing in this matter, it is

**ORDERED AND ADJUDGED** that Boston Scientific's Motion to Strike the Supplemental Expert Report of Christian Tregellis (DE # 140, 4/29/13) is GRANTED and the Supplemental Expert Report of Christian Tregellis is stricken.

Fed.R.Civ.P. 26(a) requires that an expert report contain "a complete statement of all opinions the witness will express and the basis and reasons for them; [and] the facts or data considered by the witness in forming them[.]" Fed.R.Civ.P. 26(a)(2)(B)(I) and (ii). Fed.R.Civ.P. 26(a)(2)(D) requires that the disclosures must be made at the times and in the order that the Court directs they be made. The expert's statements and opinions should have been made in the initial report. Fed.R.Civ.P. 26(e) provides in part that

> [a] party who has made a disclosure under Rule 26(a) .... must supplement or correct its disclosure or response:
>
> **(A)** in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or
>
> **(B)** as ordered by the court.

Fed.R.Civ.P. 26(e).

The Supplemental Expert Report of Christian Tregellis is a new theory of damages and is a new opinion, not a supplement to the expert's initial opinion and report. The defendant was prejudiced due to the late filing of the "supplemental report" because the discovery period expired shortly after the filing of the "supplemental report" which did not provide the defendant sufficient time to file a rebuttal report within the time frame provided by Judge Lenard's Scheduling Order.

**DONE AND ORDERED** in chambers in Miami, Florida this 11th day of June, 2013.

JOHN J. O'SULLIVAN
United States Magistrate Judge

Copies to:
United States District Judge Lenard
Counsel of Record